UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY THOMPSON,<br><br>               Petitioner,<br><br>    v.<br><br>BRIAN BIRKHOLZ, et al.,<br><br>               Respondents. | Case No. 2:22-cv-07264-GW-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss ("MTD"), the Opposition to the MTD, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

       IT IS THEREFORE ORDERED that the MTD is GRANTED, the Petition is DENIED, and that Judgment be entered DISMISSING this action with prejudice.

Dated: June 5, 2023

                                       HONORABLE GEORGE H. WU
                                       United States District Judge