JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY THOMPSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN BIRKHOLZ, et al.,<br><br>　　　　　　Respondents. | Case No. 2:22-cv-07264-GW-SHK<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 5, 2023

_____
HONORABLE GEORGE H. WU
United States District Judge